# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

STORM PATRICK WOOD,

    Petitioner,

v.                                     CASE NO. 5:17cv163/MCR/EMT

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated May 22, 2019. ECF No. 32. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objection has been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus is **CONDITIONALLY GRANTED** on the ineffective assistance of trial counsel claim presented in Ground Six, and Respondent is required to produce Petitioner in the state trial court, within 60 days, for a hearing to vacate Petitioner's conviction and sentence on Count II and take any other appropriate action.

3. The habeas petition is **DENIED** on all of Petitioner's other claims.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 10th day of July 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**